■ BANK OF NEW YORK MELLON, Formerly Known as THE BANK OF NEW YORK, as Trustee for the CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES SERIES 2006-BC1, Respondent, v RALPH CASALE et al., Appellants, et al., Defendants. [30 NYS3d 909]—Appeal, as limited by the appellants' brief, from so much of an order of the Supreme Court, Dutchess County (Rosa, J.), dated January 14, 2013, as granted the plaintiff's motion to vacate an order of reference of the same court dated October 8, 2010, and for a new order of reference.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal is from an intermediate order dated January 14, 2013. However, a judgment of foreclosure and sale was entered in this action on July 10, 2014. Since the right of direct appeal from the intermediate order terminated with the entry of judgment in the action (see *Matter of Aho*, 39 NY2d 241, 248 [1976]), we must dismiss the appeal from the intermediate order (see e.g. *Indymac Venture, LLC v Poulos*, 137 AD3d 1217 [2016]; *Orellana Siguenza v Cemusa, Inc.*, 127 AD3d 727, 727 [2015]). The issues raised on the appeal from the intermediate order are brought up for review and have been considered on the companion appeal from the judgment (see CPLR 5501 [a] [1]; *Bank of N.Y. Mellon v Casale*, 140 AD3d 682 [2016] [decided herewith]).

In light of our determination, we need not reach the respondent's remaining contentions. Austin, J.P., Cohen, Miller and Duffy, JJ., concur.